ELIZABETH S. WILSON, Bar No. 183160
(estaggs-wilson@littler.com)
RYAN P. ESKIN, Bar No. 205413
(reskin@littler.com)
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308

Attorneys for Defendant
EBSCO PUBLISHING, INC. (erroneously sued as CINAHL Information Systems)

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CONRAD,<br><br>   Plaintiff,<br><br>   v.<br><br>CINAHL INFORMATION SYSTEMS, a business entity, form unknown; and DOES 1 to 50, inclusive<br><br>   Defendants. | Case No.  CV 08-6854-VBF(JTLx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:   September 2, 2008<br>Action Removed:  October 17, 2008 |

   Good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each party shall bear its own costs and attorneys' fees.


Dated: __August 17, 2009

*Valerie Baker Fairbank*
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308